**Robert SIMPSON et al., Appellant, v. CITY OF JUNEAU, a Municipal Corporation, et al., Appellees.**

Circuit Court of Appeals, Ninth Circuit. December 3, 1929.

No. 5930.

J. A. Hellenthal and Simon Hellenthal, both of Juneau, Alaska, for appellants.

R. E. Robertson, of Juneau, Alaska, for appellees.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM. The decree is affirmed, on the authority of Valentine v. City of Juneau (No. 5931) 36 F.(2d) 904, this day decided.